No. 415.   OWENS ET AL. *v.* OKLAHOMA TURNPIKE AUTHORITY.   Appeal from the Supreme Court of Oklahoma. *Per Curiam:* The appeal is dismissed for want of a substantial federal question.   *Harry D. Moreland, Harold C. Stuart* and *Sam Clammer* for appellants.

No. 425.   STRICKLAND *v.* SEABOARD AIR LINE RAILROAD Co.   On petition for writ of certiorari to the Supreme Court of Florida.   *Per Curiam:* The petition for writ of certiorari is granted and the judgment is reversed.   *Bailey v. Central Vermont R. Co.,* 319 U. S. 350.   *William C. Gaither* for petitioner.   *Charles R. Scott* and *James B. McDonough, Jr.* for respondent.

No. 404.   OFFUTT HOUSING Co. *v.* COUNTY OF SARPY ET AL.   Supreme Court of Nebraska.   Certiorari granted. *Robert L. Stern* and *Charles S. Reed* for petitioner.   *Clarence S. Beck,* Attorney General of Nebraska, for respondents.   *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Lyle M. Turner* filed a memorandum for the United States, as *amicus curiae,* in support of the petition.